

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2015

No. 04-14-00744-CV

**IN THE INTEREST OF B.C., P.C., JR., AND A.C.**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01143
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED.

It is so ORDERED on this 5th of March, 2015

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court